

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00757-CV

**FEDEX CORPORATION** and FedEx Corporate Services, Inc.,
Appellant

v.

Michelle **CONTRERAS**, Individually and as Representative of the Estate of Christopher Talamantez, II, Deceased, Krystal Saldana a/n/f of C.M.T II and J.T., Minors, Victoria Campos a/n/f of D.C., a Minor, and Christopher Talamantez, Sr., Aurelio Fernando Perez, Individually and as Representative of the Estate of Christian Adam Vasquez, Deceased, Alexis Sanchez, Individually and as Representative of the Estate of Christian Vasquez, Deceased, Alexis Sanchez a/n/f of Christian Vasquez, Jr., a Minor,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22752
Honorable Mary Lou Alvarez, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 2, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

cc:
Robert A. Allen

Kenneth Daniel Sansom

Thomas J. Henry

Pablo V. Bustamante

David M. Prichard

Robert Wilson

Jennifer Bruch Hogan

Catherine M. Stone

Richard Scott Westlund